IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RANDY L. HENDERSHOT | ) | |
| | ) | |
| Plaintiff | ) | Cause No.: 1:16-CV-00207 |
| | ) | |
| vs. | ) | |
| | ) | |
| TOA USA, LLC | ) | |
| | ) | |
| Defendant | ) | |

COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, Randy L. Hendershot, by counsel and as his Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Randy L. Hendershot, is a resident of Owen County in the State of Indiana and a former employee of Defendant.

2. Defendant, TOA USA, LLC is an employer as defined by 29 U.S.C. § 201, *et. seq.* that conducts business in the State of Indiana.

3. Mr. Hendershot invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331.

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5. Mr. Hendershot is over forty (40) years of age and had been employed by Defendant for fourteen years.

6. Since on or around 2002, Plaintiff had been denied positions for which he was qualified and those positions were given, on many occasions, to younger employees.

7. In early 2013, Plaintiff notified human resources that he needed to move to a less physically demanding position.

8. Over the course of the next several months, positions came open but the Defendant refused to assign the Plaintiff to these positions and instead offered the positions to younger, less qualified employees.

9. In October 2014, Plaintiff was approved for intermittent family medical leave due to pain he was experiencing from the demands of his job.

10. Later in 2014, Plaintiff applied for a position in the E-Coating Department and was told that he would need to qualify for that position, despite the fact that Plaintiff had previously worked in that department several years prior.

11. The Defendant then awarded the position to a less qualified younger employee and provided that employee with training.

12. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") on or around May 28, 2015, alleging discrimination based on age.

13. The EEOC issued Plaintiff a Right-to-Sue Letter on or around November 12, 2015, the EEOC issued Plaintiff a Right-to-Sue letter.

COUNT I
AGE DISCRIMINATION

14. Plaintiff incorporates by reference paragraphs one through thirteen (13) above.

15. Plaintiff is over the age of forty and thus a member of a protected class.

16. Plaintiff met all of Defendant's legitimate performance expectations.

17. Defendant refused to assign Plaintiff positions that were less physically demanding than the position Plaintiff held, and instead gave those positions to similarly situated employees under the age of forty (40).

18. As a result of Defendant's actions, Plaintiff was forced to accept a lower paying job outside the company and suffered damages, including but not limited to, lost wages and benefits, liquidated damages and attorney fees.

19. The Defendant's actions are in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621, *et. sec*.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of unpaid wages, liquidated damages, back pay, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

## COUNT II
## FMLA

20. Plaintiff incorporates by reference paragraphs one through nineteen (19) above.

21. During his employment with Defendant, Plaintiff was certified for intermittent Family Medical Leave for pain related to his demanding job.

22. Defendant was aware of Plaintiff's medical condition.

23. Plaintiff suffered an adverse employment action when Defendant refused to consider him for a less physically demanding position for taking Family Medical Leave and/or future need for Family Medical Leave, thereby forcing Plaintiff to accept a lower paying job outside the company.

24.  Plaintiff was treated less favorably than employees without medical conditions who were less likely to utilize Family Medical Leave.

25.  Defendant's refusal to consider Plaintiff for less physically demanding positions was done with malice and wanton disregard for Plaintiff's rights under the Family Medical Leave Act.

26.  As a result, Plaintiff has sustained damages including, but not limited to, lost pay and benefits, attorney fees and costs.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of back pay, liquidated damages, reasonable attorney fees, costs and all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS


/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41


REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.


Respectfully submitted,

HENN HAWORTH CUMMINGS


/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41


HENN HAWORTH CUMMINGS
625 N. Madison Avenue – Suite A

Greenwood, Indiana  46142
(317) 885-0041
(317) 885-0506 Fax